PEOPLE *v.* MARSH.

This case is controlled by *People* v. *Woods* (1969), 382 Mich
128, and by *Jenkins* v. *Delaware* (1969), 395 US 213 (89 S Ct
1677, 23 L Ed 2d 253).

Appeal from Court of Appeals, Division 2, T. G.
Kavanagh, P. J., and Levin and Sullivan, JJ., re-
versing Lenawee, Rex B. Martin, J. Submitted
December 3, 1969. (Calendar No. 34, Docket No.
52,269.) Decided April 14, 1970.

14 Mich App 518, reversed.

Fred Marsh was convicted of first-degree murder.
Defendant appealed to the Court of Appeals. Re-
versed and remanded for new trial. The people
appeal. Court of Appeals reversed, and judgment
of conviction affirmed.

*Frank J. Kelley,* Attorney General, *Robert A.
Derengoski,* Solicitor General, and *Harvey A.
Koselka,* Prosecuting Attorney, for the people.

*J. C. Beardsley,* for defendant.

T. E. BRENNAN, C. J.

THE FACTS

Fred Marsh was convicted of the first-degree
murder of one Herman Berger in 1941, upon his
plea of guilty. In 1966, the circuit judge granted
Marsh a new trial, because of deficiencies in his 1941

conviction. Prior to the new trial, on the authority
of *Miranda* v. *Arizona* (1966), 384 US 436 (86 S Ct
1602, 16 L Ed 2d 694, 10 ALR3d 974), the judge
suppressed a written statement given by Marsh in
1941 to the prosecuting attorney. At the new trial,
Marsh testified. He did not deny the killing. He
claimed, however, that he did not intend to kill
Berger, and that he had never admitted killing or
intending to kill Berger.

Over objection, the prosecuting attorney was per-
mitted to question Marsh concerning this 1941
statement; and to call witnesses who testified about
statements made by Marsh while he was being re-
turned to Michigan from Pennsylvania after his
arrest there in 1941. These statements were offered
to rebut Marsh's denial of any previous admissions.
The jury returned a verdict of guilty of first-degree
murder. Marsh appealed. The Court of Appeals
reversed, stating that an inadmissible confession
may not be used to impeach a defendant's denial
that he gave a confessional statement.

## THE DECISION

The instant case is resolved by our recent holding
in *People* v. *Woods* (1969), 382 Mich 128, and by
*Jenkins* v. *Delaware* (1969), 395 US 213 (89 S Ct
1677, 23 L Ed 2d 253).

The Court of Appeals is reversed, and the convic-
tion in circuit court is affirmed.

DETHMERS, KELLY, and BLACK, JJ., concurred with
T. E. BRENNAN, C. J.

T. M. KAVANAGH and ADAMS, JJ., concurred in
result.

T. G. KAVANAGH, J., did not sit in this case.